```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LAMARVIN POTEAT,

                 Plaintiff,

        - against -

NED FELDMAN,

                 Defendant.
------------------------------------------------------------x

09 Civ. 3776 (RMB)

**ADMINISTRATIVE ORDER**

      This case having been reassigned from Judge Lynch to the undersigned, the parties are hereby directed to appear before the Court for a status conference on Thursday, October 22, 2009 at 9:30 a.m. in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated: New York, New York
       October 8, 2009

                                                            _RMB_
                                                  RICHARD M. BERMAN, U.S.D.J.